TARANTINE *v.* TARANTINE *et al.*

BECK, P. J. Under the pleadings and evidence in this case, the court did not err in refusing the interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

*T. J. Lewis* and *T. L. Slappey,* for plaintiff.

*Candler, Thomson & Hirsch* and *Chalmers & Stewart,* for defendants.